# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 2:05CR00026 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **THERESA JANE HEAD,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** as follows:

1.  The defendant's motion, styled as "APPLICATION OF APPEALABILITY" (ECF No. 158), construed as a Motion for Reconsideration under Federal Rule of Civil Procedure 60(b), is DENIED, and the defendant's submission is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2.  The Clerk is DIRECTED to redocket the motion (ECF No. 158) as a § 2255 motion;

3.  The § 2255 motion is hereby DENIED without prejudice as successive and stricken from the active docket; and

4.  A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER:  January 4, 2013

/s/  James P. Jones
United States District Judge